# **<u>EXHIBIT A</u>**

# GOOD HOUSEKEEPING Mailing List

Good Housekeeping, published by Hearst Magazines, is a leading lifestyle magazine providing readers genius innovations, delicious ideas, style-savvy trends, compelling news and best-in-class products for their homes, families and themselves. The Good Housekeeping Seal and the Green Good Housekeeping Seal are among the most recognized and trusted consumer icons in the world today.

[ Get Count ]  [ Get Pricing ]  [ Get More Information ]

## SEGMENTS

COUNTS THROUGH 04/06/2021

| Count | Segment | Price |
|---|---|---|
| 1,715,229 | TOTAL UNIVERSE / BASE RATE | $115.00/M |
| 1,715,229 | ACTIVE U.S. SUBSCRIBERS | $115.00/M |
| 50,327 | MAR'21 SUBSCRIBERS | + $17.00/M |
| 663,216 | 3 MONTH SUBSCRIBERS | + $14.00/M |
| 828,701 | 6 MONTH SUBSCRIBERS | + $12.00/M |
| 697,231 | 12 MONTH EXPIRES | $60.00/M |
| 95,311 | CHANGE OF ADDRESS | + $13.00/M |
| 34,912 | CANADIAN SUBSCRIBERS | $130.00/M |
| 1,364,102 | E-MAIL ADDRESSES | |
| | FACEBOOK AUDIENCES | $25.00/M |
| | CATALOG/MERCHANDISE RATE | $80.00/M |
| | CHARITABLE FUNDRAISING | $80.00/M |

## DESCRIPTION

```
Good Housekeeping, published by Hearst Magazines, is a leading
lifestyle magazine providing readers genius innovations, delicious
ideas, style-savvy trends, compelling news and best-in-class
products for their homes, families and themselves.  The Good
Housekeeping Seal and the Green Good Housekeeping Seal are among
the most recognized and trusted consumer icons in the world today.

Subscribers are on-the-go, family-oriented women whose homes are
the launchpad of their lives.  It is the place where they get
ready to face the world, entertain their friends, take care of
their families, relax and pamper themselves, and express their
creativity and personalities.
They are looking for the best in food, home, beauty, fitness, and
health to enhance their lives.

************** Fast Facts *****************
 Median Age...........................58.5
 Age 18-34............................11.4%
 Age 25-49............................28.9%
 Age 25-54............................38.4%
 Age 35-54............................30.2%
 Age 55+..............................58.4%
 Median HHI.......................$65,572
 HHI $75,000+.........................44.1%
 HHI $100,000+........................30.7%
 Married..............................57.4%
 Children in Household................30.9%
 Attended/Graduated College+..........59.3%
 Employed.............................48.2%
*******************************************
```

## ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #536328 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 7,500 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- EXCHANGE IS AVAILABLE
- REUSE IS AVAILABLE

| POPULARITY: | ▬▬▬▬▬ 100 |
|---|---|
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 75% FEMALE 9% MALE |

### SELECTS

| Select | Price |
|---|---|
| 1 MONTH HOTLINE | $17.00/M |
| 3 MONTH HOTLINE | $14.00/M |
| 3RD PARTY BLOW IN | $10.00/M |
| 6 MONTH HOTLINE | $12.00/M |
| ADULT AGE | $16.00/M |
| AREA OF INTEREST | $16.00/M |
| CHARITABLE DONORS | $16.00/M |
| COA | $13.00/M |
| ETHNIC/ETHNICITY | $16.00/M |
| GENDER/SEX | $9.00/M |
| GEO SET UP | $75.00/F |
| GEO/GEOGRAPHICAL | $9.00/M |
| GIFT GIVERS | $16.00/M |
| INCOME SELECT | $16.00/M |
| NEW TO FILE | $16.00/M |
| NON RECIPROCAL | $10.00/M |
| PAID | $12.00/M |
| POC | $16.00/M |
| POLITICAL PARTY | $20.00/M |
| RELIGION | $16.00/M |
| RENEWALS | $16.00/M |
| SOURCE | $12.00/M |
| ZIP SET-UP FEE | $75.00/F |

### ADDRESSING

| | |
|---|---|
| KEY CODING | $2.00/M |
| BUSINESS ADDRESS | $11.00/M |
| EMAIL | $75.00/F |
| FTP | $75.00/F |

### RELATED LISTS

- ALZHEIMER'S DISEASE RESEARCH
- SPECIAL OLYMPICS INTERNATIONAL
- AICR - AMERICAN INSTITUTE FOR CANCER RESEARCH DONORS
- LEUKEMIA & LYMPHOMA SOCIETY, THE
- WOMAN'S DAY
- WOUNDED WARRIOR PROJECT
- MAYO CLINIC HEALTH LETTER
- AMERICAN LUNG ASSOCIATION DONOR MASTERFILE
- AMERICAN CANCER SOCIETY
- NATIONAL FOUNDATION FOR CANCER RESEARCH

[ Get Count ]  [ Get Pricing ]  [ Get More Information ]